UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KEVIN P. BENOIT                                         CIVIL ACTION

VERSUS                                                  NO: 12-1023

JAMES M. LEBLANC                                        SECTION "J" (3)

**O R D E R**

Before the Court is Petitioner Kevin P. Benoit's Objection to the Report and Recommendation of the United States Magistrate Judge **(Rec. Doc. 15)**. The Court, having considered the Petitioner's Objections, the Magistrate Judge's Report and Recommendation (Rec. Doc. 13), the record, and the applicable law, hereby **OVERRULES** the Petitioner's objections, approves the Report and Recommendation of the United States Magistrate Judge, and adopts it as the Court's opinion in this matter.

The Petitioner's objection argues that certain evidence introduced at his trial was inadmissible. In general, "questions relating to the admissibility of evidence are matters of State law" and are not appropriate for habeas corpus proceedings. Taylor v. Maggio, 581 F. Supp. 359, 365-66 (E.D. La. 1984). The United States

Fifth Circuit Court of Appeals has stated that it will only grant "habeas relief for errors in a trial court's evidentiary rulings" where "those errors result in a 'denial of fundamental fairness.'" Neal v. Cain, 141 F.3d 207, 214 (5th Cir. 1998). In the instant case, the Magistrate Judge correctly found that Petitioner failed to establish that the evidence in question was wrongfully admitted. Furthermore, the Magistrate Judge correctly determined that even if the admission of evidence had been erroneous, such admission did not result in a denial of fundamental fairness to the Petitioner. Accordingly,

   **IT IS ORDERED** that Petitioner's objections are **OVERRULED**.

   **IT IS FURTHER ORDERED** that the Report and Recommendation of the United States Magistrate Judge is **APPROVED**, and the Court **ADOPTS** it is as its opinion in this matter.

   **IT IS FURTHER ORDERED** that the petition of Kevin P. Benoit for issuance of a writ of habeas corpus under Title 28 U.S.C. § 2254, is hereby **DISMISSED WITH PREJUDICE**.

   New Orleans, Louisiana this 13th day of August, 2012.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE